FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| OLY FOODS, INC. and HOWARD CHOW, <br><br> Plaintiffs, <br><br> vs. <br><br> DARIGOLD, INC., OLYMPIC FOODS, INC., and Does 1-50, <br><br> Defendants. | CASE NO. SACV09-00623 AG(PJWx) <br><br> [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE, RETAINING JURISDICTION OVER CONFESSION OF JUDGMENT |

1  Based on the stipulation by and between plaintiffs OLY Foods, Inc. and
2  Howard Chow and defendant Darigold, Inc., by and through their respective counsel of
3  record, the Court orders that this action is **DISMISSED WITH PREJUDICE;**
4  **provided however**, the Court shall retain jurisdiction over matters related to the
5  Confession of Judgment executed by Plaintiffs in connection with the settlement of this
6  action, and notwithstanding this dismissal with prejudice, the Court shall have the
7  power to, among other things, enter and enforce that Confession of Judgment. Further,
8  this dismissal with prejudice shall have no preclusive effect, including but not limited
9  to, res judicata and collateral estoppel, on matters related to the Confession of
10 Judgment.

**IT IS SO ORDERED.**

Dated: 8/17/09

_____
Honorable Andrew J. Guilford

**APPROVED AS TO FORM:**

Dated: August 13, 2009

THE LAW OFFICES OF AMIR M. KAHANA

/s/ Amir M. Kahana
_____
Amir M. Kahana
Attorneys for Plaintiffs
OLY Foods, Inc. and
Howard Chow

1
[PROPOSED] ORDER

Seattle-3538023.1 0033674-00048